UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMES E. QUIRK, | ) |
| Plaintiff | ) |
| vs. | ) **JUDGMENT IN A CIVIL CASE** |
| | ) **CASE NO. 5:16-CV-757-BR** |
| DONALD W. STEPHENS, PAUL GESSNER, KENDRA D. HILL, KELLIE Z. MYERS, LISA TUCKER, TERESA B. FULLER, ALEXANDER CABREJAS, KRISTINA CABREJAS, VICTOR C. SEQUERA, SR., VICTOR C. SEQUERA, JR., | ) |
| Defendants. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order dated 6/2/2017 plaintiff's motion to amend and supplement the complaint, (DE # 23), is DENIED. State judicial defendants' motion to dismiss, (DE # 24), is GRANTED, and those defendants are DISMSSED from this action.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the court adopts the M&R as its own, and for the reasons stated therein, plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to prosecute and to comply with the court's prior orders.

This Judgment filed and entered on April 20, 2018, and copies to:
James E. Quirk (via U.S. Mail to P.O. Box 1684, Fuquay-Varina, NC 27526)
Kathryn H. Shields (via CM/ECF electronic notification)
Alexander Cabrejas (via U.S. Mail to 4905 Pine Cone Drive, Suite 1, Durham, NC 27707)
Kristina Cabrejas (via U.S. Mail to 4905 Pine Cone Drive, Suite 1, Durham, NC 27707)
Victor C. Sequera, Sr., (via U.S. Mail to 1060 Corporation Parkway #128, Raleigh, NC 27610)
Victor C. Sequera, Jr., (via U.S. Mail to 1060 Corporation Parkway #128, Raleigh, NC 27610)

April 20, 2018

Peter A. Moore, Jr.
Clerk of Court

By: _____
Deputy Clerk

